# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:05CV360

| | |
|---|---|
| **MARIA MINSKER,** )<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>**MBNA AMERICA BANK, N.A.** and )<br>**APEX FINANCIAL MANAGEMENT,** )<br>**L.L.C.,** )<br>　　Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Dismiss"(Document No. 3) and "Brief in Support ..." (Document No. 4), both filed August 31, 2005 by MBNA America Bank, N.A. On October 5, 2005, the Court was informed by counsel for Maria Minsker that Ms. Minsker does not contest the Motion. As such, this Court will grant the Motion to Dismiss.

**IT IS, THEREFORE, ORDERED** that the "Motion to Dismiss" (Document No. 3) is **GRANTED** and the Fifth Cause of Action is **DISMISSED**.

**Signed: October 5, 2005**

Robert J. Conrad, Jr.
United States District Judge